Office for Civil Rights and Civil Liberties
**U.S. Department of Homeland Security**
Washington, DC 20528



*Ricky J. Rauch, Sr. v. Michael Chertoff,*
*Secretary, Department of Homeland Security*[1]
Agency Number HS 04-1125
Component Number TD 03-2378

JUN 2 8 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

RECEIVED
JUL 05 2005

Stephen G. DeNigris
Attorney at Law
2117 L St., N.W.
Washington, D.C. 20037

Dear Mr. DeNigris:

This letter transmits the Department of Homeland Security's Final Decision on the discrimination complaint of Mr. Rick Rauch. In his complaint, he alleged that he was discriminated against based on national origin (Hispanic), age (DOB: 5/12/54), and reprisal for prior EEO activity, and/or subjected to a hostile work environment when (1) his Branch Chief made derogatory statements concerning his character and physical limitations; undermined his supervisory authority by issuing instructions to his subordinates; changed the portion of his position description dealing with "ability" to perform vessel operations; and tried to set him up for failure as a result of the acceptance of his on-the-job injuries; and (2) on May 2, 2003, he was not selected for the position of Enforcement Aviation/Marine Supervisor, GG/GS-1801-14, advertised under Vacancy Announcement Number NVSC/02-098NEL.

A thorough analysis of the record, which is incorporated in the decision, shows that the evidence is not sufficient to support Mr. Rauch's claim of discrimination. Therefore, a finding of no discrimination has been rendered. Accordingly, he is not entitled to relief in the matter presented in this case.

If he is dissatisfied with this decision, Mr. Rauch may file an appeal according to the instructions that follow the decision. Copies of the appeal rights and EEOC Form 573 are enclosed.

Sincerely,

Daniel W. Sutherland
Officer for Civil Rights and Civil Liberties
U. S. Department of Homeland Security

---

[1] This case was originally filed against the Department of the Treasury. However, on March 1, 2003, in accordance with the Homeland Security Act, this complaint came under the jurisdiction of the Department of Homeland Security.