UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RICKY RAUCH, SR. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, as )<br>Secretary of the Department of )<br>Homeland Security, Washington DC )<br>)<br>    Defendant. )<br>_____) | CASE NO.: 05-cv-1904 (RJL) |

**ATTORNEY'S CERTIFICATION OF SERVICE**

Stephen G. DeNigris, Esq. counsel for the Plaintiff and the attorney of record in this matter, certifies pursuant to the rules of this court, that service of the complaint in this matter was made on the following dates and in the following manner:

1. Defendant Michael Chertoff, in his official capacity as Secretary of the Department of Homeland Security, by U.S. Mail, postage prepaid, certified, return receipt requested on November 9, 2005

2. The Honorable Alberto Gonzales, Attorney General for the United States, by U.S. Mail, postage prepaid, certified, return receipt requested on October 31, 2005.

3. The United States Attorney for the District of Columbia, by U.S. Mail, postage prepaid, certified, return receipt requested on October 31, 2005.

4. A copy of all return receipts is attached as Exhibit "A".

                    Respectfully submitted,

                    ***/s/ Stephen G. DeNigris, Esq.***
                    Stephen G. DeNigris, Esq.
                    Attorney for the Plaintiff
                    D.C. Bar No. 440697
                    2100 M Street, NW Suite 170-283
                    Washington, D.C.  20037

                    Telephone:      (703)416-1036
                    Facsimile:      (703)416-1037

Dated: November 30, 2005
      Washington, D.C.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing Attorney's Certification of Service was send by U.S. Mail, Postage Prepaid on the 1st day of December 2005 to:

Hon. Michael Chertoff
Secretary of the Department of Homeland Security
Washington, D.C.  20528

Hon. Alberto Gonzales
Attorney General to the United States
U.S. Department of Justice
10th & Constitution Avenue, NW
Washington, DC 20530

Civil Clerk
United States Attorney's Office
for the District of Columbia
555 4th Street, NW
Washington, DC 20001

*/s/ Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq.

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Honorable Michael Chertoff
Secretary of the Department of
Homeland Security
Washington, D.C. 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) — NOV 9 2005
B. Date of Delivery
C. Signature — X Frances Adams
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

The Honorable Alberto Gonzales
Attorney General of the United States
U.S. Department of Justice
10th St & Constitution Ave, N.W.
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature — X [signature] OCT 3 2005
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Clerk
United States Attorney's Office
for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature — X [signature] OCT 3 2005
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7004 1350 0004 7700 5045

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952