```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

RICKY RAUCH,                        )
                                    )
        Plaintiff,                  )
                                    )
    v.                              ) Civil Action No. 05-1904 RJL
                                    )
MICHAEL CHERTOFF, Secretary of the  )
   Department of Homeland Security  )
                                    )
        Defendant.                  )
                                    )
```

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to respond to the Complaint in this action up to and including January 30, 2006.[1]  Plaintiff, through counsel, Stephen G. DeNigris, Esq., has indicated that Plaintiff does not oppose this motion.

This request is made, because, defendant is in the process of gathering the information needed to respond to the Complaint, but has not yet been able to secure all of the needed information.  This is due, in part, to the fact that the agency was delayed in receiving notice of the Complaint in this action,[2] and because agency counsel, who was displaced by the hurricane

---

[1] The response is currently due on December 30, 2005.

[2] Plaintiff's November 30, 2005 filing indicates that the Complaint was provided to the agency nine days after receipt by the Office of the United States Attorney.  See Docket No. 3.  In fact, the agency attorney assisting in defending this action did not receive a copy of the Complaint until much later.

and flooding in Louisiana, does not anticipate being able to acquire the needed information and proposing a response in the case before mid-January. In light of these difficulties and to avoid a conflict with undersigned counsel's plans to be away from the office during the upcoming Holiday season, defendant asks for an additional month to respond to the Complaint in this case.

Accordingly, Defendant requests an enlargement of time until January 30, 2006. A proposed Order consistent with this motion is attached.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order shall be made through the Court's electronic transmission facilities to:

Stephen G. DeNigris, Esq.
LAW OFFICE OF STEPHEN G. DeNIGRIS
2100 M Street, N.W.
Suite 170-283
Washington, DC  20037-1233

on the 13th day of December, 2005.

```
                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, DC  20530
                              (202) 514-7230
```