```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

RICKY RAUCH,                         )
                                     )
        Plaintiff,                   )
                                     )
   v.                                )  Civil Action No. 05-1904 RJL
                                     )
MICHAEL CHERTOFF, Secretary of the   )
  Department of Homeland Security    )
                                     )
        Defendant.                   )
_____)
```

ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and for the reasons set forth in support thereof, it is this

_____ day of _____ 200__, hereby

ORDERED that, Defendant's Motion be and is hereby GRANTED; and the time by which Defendant shall answer or otherwise respond to the Complaint in this action be and is hereby enlarged up to and including January 30, 2006.

_____
UNITED STATES DISTRICT JUDGE


W. Mark Nebeker
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

Stephen G. DeNigris, Esq.
LAW OFFICE OF STEPHEN G. DeNIGRIS
2100 M Street, N.W.
Suite 170-283
Washington, DC  20037-1233