UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICKY RAUCH, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, ) <br>   Secretary of the Department ) <br>   of Homeland Security ) <br> ) <br> Defendant. ) | Case No. 1:05CV01904 |

## DECLARATION OF NICHOLAS L. DOUCET

I, Nicholas L. Doucet, make the following declaration pursuant to 28 U.S.C. § 1746. I am aware that this declaration is the equivalent of a statement under oath, and that it will be filed in the United States District Court for the District of Columbia.

(1) I am an employee of U.S. Customs and Border Protection, Department of Homeland Security, currently serving as an Air and Marine Group Supervisor at the New Orleans Air and Marine Branch, which is located in Hammond, Louisiana. Prior to October 2003, the New Orleans Air and Marine Branch was located in Belle Chasse, Louisiana.

(2) I have held my current position as an Air and Marine Group Supervisor since March 1998. In this position, I am responsible for managing the New Orleans Air and Marine Branch administrative staff, located in Hammond, Louisiana (formerly Belle Chasse, Louisiana) and for supervising daily enforcement operations.

(3) I am plaintiff's first-line supervisor and have been so since October 2001. My supervisor -- plaintiff's second-line supervisor -- was Fred Coover, Chief of the New Orleans Air and Marine Branch, until November 2003, when Mr. Coover transferred to Colorado Springs, Colorado.

(4) I have reviewed the Complaint in the above-captioned action. The unlawful employment practices alleged in the Complaint appear to be wholly related to plaintiff's employment as a Supervisory Marine Enforcement Officer in coastal Louisiana and Mississippi under the command of the New Orleans Air and Marine Branch, Belle Chasse (now Hammond), Louisiana.

(5) In paragraph 24 of the Complaint, plaintiff alleges that I was ordered by Chief Coover to issue an amended position description to

plaintiff. In fact, I presented an amended position description to plaintiff at the New Orleans Air and Marine Branch's satellite office in Gulfport, Mississippi. A copy of the amended position description is maintained at the New Orleans Air and Marine Branch in Hammond, Louisiana.

(6) In paragraph 30 of the Complaint, plaintiff alleges that on March 27, 2003, I informed him that Branch Chief Coover had directed me to rate plaintiff "unsatisfactory" on his performance appraisal. I deny this allegation. Furthermore, I completed the performance rating, to which plaintiff refers, at the New Orleans Air and Marine Branch in Belle Chasse, Louisiana. Plaintiff's performance appraisal, along with those of other employees under my supervision, is maintained at the offices of the New Orleans Air and Marine Branch in Hammond, Louisiana.

(7) In paragraph 32 of the Complaint, plaintiff alleges that on April 29, 2003, I circled around his house. In fact, I drove past plaintiff's house, located in New Orleans, Louisiana, in

order to determine whether a government owned vehicle was located there.

(8) Documents relating to plaintiff's day-to-day responsibilities and performance are maintained at the New Orleans Air and Marine Branch, Hammond, Louisiana, not in Washington, D.C.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 25th day of January, 2006.

*Nicholas Lee Doucet*
Nicholas L. Doucet
Air and Marine Group Supervisor
New Orleans Air and Marine Branch
U.S. Customs and Border Protection