```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

RICKY RAUCH, SR.,                    )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )  Civil Action No. 05-1904 RJL
                                     )
MICHAEL CHERTOFF,                    )
  Secretary of the Department        )
  of Homeland Security               )
                                     )
          Defendant.                 )
_____)
```

ORDER

UPON CONSIDERATION of the Defendant's Motion To Dismiss Or, In The Alternative, To Transfer, the grounds stated therefor, and the entire record herein, it is the _____ day of _____, 2006, hereby

ORDERED that defendant's motion should be and it hereby is granted; and it is,

FURTHER ORDERED that plaintiff's Complaint be and hereby is dismissed without prejudice.

                              _____
                              UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

STEPHEN G. DENIGRIS, ESQ.
2100 M Street, N.W.
Suite 170-283
Washington, DC  20037