UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RICKY RAUCH, SR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-cv-1904(RJL) |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, as Secretary of the ) | |
| Department of Homeland Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
AND/OR MOTION TO TRANSFER CASE AND MOTION TO DEFER
LOCAL RULE 16 MEET AND CONFER STATEMENT**

Plaintiff Ricky Rauch, Jr. through counsel files this unopposed motion for an Enlargement of Time Within Which to File His Opposition to Defendant's Motion to Dismiss and/or Motion to Transfer this Matter to the United States District Court Eastern District of Louisiana; and further moves this Honorable Court for an Order deferring the Meet and Confer Requirements of its September 30, 2005, Case Management Order. As further grounds counsel would state:

1. On January 30, 2006, defendant filed its Motion to Dismiss and/or Motion to Transfer.

2. At the time plaintiff's counsel received the pleading, he was on business travel in Fort Worth, Texas.

3. Counsel returned to Washington, D.C. on February 6, 2006, and will be in the office until February 9, 2006.

4. Counsel will then be on business travel for the next 3 1/2 weeks on various legal

matters and appearances throughout the United States. Counsel also has several post-hearing briefs and pretrial matters pending in the Middled District of Florida. Counsel will not return to Washington, D.C. until March 6, 2006.

5. In addition, plaintiff lost his home in New Orleans after the 17th Street Levee failed as a result of Hurricane Katrina and is living away from the New Orleans area. It generally takes several days before the plaintiff returns counsel's telephone calls.

6. Counsel is seeking a 30-day extension of time up to and including March 7, 2006 within which to respond.

7. Counsel is also seeking an extension of time to defer the meet and confer requirement of the Court's September 30, 2005, Case Management Order until such time as the Court resolves the government's pending motion in order to conserve the Court's resources.

8. AUSA W. Mark Nebeker was contacted by plaintiff's counsel on this date and is authorized to represent that defendant counsel does not oppose either request.

9. This is the first such request by the plaintiff.

WHEREFORE plaintiff respectfully prays that this Honorable Court grant his unopposed motion for an enlargement of time and motion to defer the meet and confer requirement of the Court's Case Management Order.

Respectfully submitted,


_____/s/_____
Stephen G. DeNigris, Esq.
D.C. Bar 440697
Attorney for the Plaintiff
Suite 170-283
2100 M Street N.W.
Washington, DC 20037

Office: (703)416-1036
Fax:    (703)416-1037

Dated: February 6, 2006
       Washington, D.C.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RICKY RAUCH, SR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-cv-1904(RJL) |
| ) | |
| ) | |
| MICHAEL CHERTOFF, as Secretary of the ) | |
| Department of Homeland Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**O R D E R**

Upon consideration of the Plaintiffs' Motion to Enlarge Time in Which to File His Opposition to Defendant's Motion to Dismiss and/or Motion to Transfer; the Plaintiff's Motion to Defer the Meet and Confer Requirement and for other good cause shown, it is hereby

**ORDERED** that the Plaintiffs' Motion is **GRANTED** / **DENIED**.  And it is further

**ORDERED** that the parties will have up to and including March 7, 2006, within which to file his opposition to the Defendant's motion.  And it is further

**ORDERED** that the Court will defer the filing of the Case Management Report until such time as the Court resolves the Government's Motion to Dismiss.

Dated: February _____ 2006
        Washington, D.C.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing Motion has been made through the Court's electronic transmission facilities on the 6th day of February 2006, to:

W. Mark Nebeker, Esq.
Assistant United States Attorney
Civil Division
555 4th Street NW
Washington, D.C. 20037


                                             */s/*
                                 Stephen G. DeNigris, Esq.