RAUCH v. CHERTOFF
05-cv-1904(RJL)

# EXHIBIT C

# New Orleans' health care crisis: how you can help

Eyewitness News' Jeff Rossen

(New Orleans -WABC, March 1, 2006) - The party may be over in the crescent city, but there's a real health care crisis that's not going to disappear quickly.

Eyewitness News reporter Jeff Rossen travelled to New Orleans to show us the real health care crisis underway.



**How you can help:**

**New Orleans Children's Hospital**
**200 Henry Clay Avenue**
**New Orleans, Louisiana 70118**

- 504-899-9511

- **New Orleans Children's Hospital**

- **Employment Opportunties at Children's Hospital**

- **Helping Children's Hospital Help Kids**

- **Volunteering at Children's Hospital**

It is nothing short of a health crisis. Less than half the hospitals in New Orleans are open. At Children's Hospital, one of the few in operation, the cardiac unit is filled to capacity.

Brian Landry, New Orleans Children's Hospital: "As more and more people return, likewise we need more and more care givers, more and more physicians."

And it's already started. At this hospital, one third of the staff never came back after Katrina, leaving this city with a major shortage of nurses and doctors.

Dr. Timothy Pettitt, Pediatric Heart Surgeon: "These patients have nowhere to go, and therefore their operations are being delayed, and I wouldn't be surprised if many of these patients basically died waiting for an operation."

Before Katrina, Memorial Hospital was one of the busiest in the city. It's still closed now, fences are up, windows are blown out and the emergency room is eerily empty.

"If it reopens, it may be a long time. It may never reopen."

Children's Hospital reopened in October, still so desperate for nurses, hospital administrators practically begged New York-area nurses to relocate.

Brian Landry, New Orleans Children's Hospital: "If you want a job, then you come to New Orleans because there's a job for you, but you have to have housing, and that's a difficulty right now because we have a shortage of housing."

And so they offer free housing in trailers provided by FEMA. They sit empty on hospital property.

Dr. Timothy Pettitt, Pediatric Heart Surgeon: "We have a long way to go, but also just to look at where we've come from, we've made a lot of progress."

Without more of it, the patients will suffer.

(Copyright 2006 WABC-TV)