RAUCH v. CHERTOFF
05-cv-1904(RJL)

# EXHIBIT D

Deseret Morning News, Sunday, February 19, 2006

## Critics of levee repair call the soil too sandy

**By John Schwartz**
New York Times News Service

BAYOU BIENVENUE, La. — It will take a staggering 4 million cubic yards of soil to repair the levee system around New Orleans, and nearly half of it will go here, a battered 12-mile stretch along the navigational canal east of the city known as the Mississippi River Gulf Outlet.

Yet critics of the Army Corps of Engineers say the new construction is likely to fail again. The sandy local dirt being used for levee construction is too weak, they say, and not enough thick clay is being imported by barge from Mississippi to strengthen it.

Getting enough of the kind of soil that can stand up to future hurricanes is one of the greatest challenges of the levee effort, as the Corps of Engineers and its contractors race to restore the storm protection system. By June 1, the start of this year's hurricane season, they want the levees to be at least as strong as they were before Hurricane Katrina. The St. Bernard project, which began last fall, is among the biggest challenges in rebuilding the 350-mile levee system around New Orleans; the Corps estimates that this stretch of levee alone will require 1.65 million cubic yards of soil, most of it excavated from local pits.

To build the new levees to a 20-foot height, much of them in inaccessible areas, the corps has had to search for soil with enough clay content to bind the sandy blend that is here. To strengthen the local soil, the Corps has been bringing in clay by barge from Mississippi.

Corps officials acknowledge that that getting enough of what they call "borrow" material to has been difficult, but said the search has been going well and the levees will be strong.

"I'm very confident in what we're building," said Col. Lewis Setliff III, commander of the Task Force Guardian, the corps unit that is responsible for restoring the damaged flood protection system. "It's certainly better than what was there before."

But Robert G. Bea, a professor of engineering at the University of California, Berkeley, and a leader of the group of independent investigators that is financed by the National Science Foundation, said the earth he had seen on the site "is no better than it was before."

Corps officials said they disagreed with his assessment.

Kevin Wagner, the project manager for the corps, said, "We're sampling soil every day" to ensure that they are getting a good blend of clay and other soils that are appropriate for levee building. "We've done more testing on this job than any levee construction we've ever done," he said.

The levees that failed here were the first line of defense for St. Bernard Parish from Hurricane Katrina. The president of St. Bernard Parish, Henry Rodriguez Jr., said in a telephone interview that he had heard the talk of substandard repair, and recently received a briefing from the corps on the progress of the levee project.

"I feel more comfortable with the situation," he said.

© 2006 Deseret News Publishing Company