```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

RICKY RAUCH,                         )
                                     )
         Plaintiff,                  )
                                     )
    v.                               ) Civil Action No. 05-1904 RJL
                                     )
MICHAEL CHERTOFF, Secretary of the   )
   Department of Homeland Security   )
                                     )
         Defendant.                  )
                                     )
```

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to reply to "Plaintiff's Response In Opposition To Defendant's Motion To Dismiss And/Or To Transfer" in this action up to and including March 31, 2006.  Plaintiff, through counsel, Stephen G. DeNigris, Esq., has indicated that Plaintiff does not oppose this motion.

This request is made, because, counsel for defendant has only recently secured the information needed to complete the needed reply, but that information has proven more lengthy and difficult to distill than counsel had anticipated.  Moreover, counsel has been called upon to devote significant time this week to several emergency matters and as a result, he was not able to complete the needed reply by today's date, as he had anticipated.  Counsel must also complete approximately six other filings next week.  Accordingly, counsel asks for an additional two weeks to

complete the reply in the instant action.  A proposed Order consistent with this motion is attached.

                     Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order shall be made through the Court's electronic transmission facilities to:

Stephen G. DeNigris, Esq.
LAW OFFICE OF STEPHEN G. DeNIGRIS
2100 M Street, N.W.
Suite 170-283
Washington, DC  20037-1233

on the 17th day of March, 2006.

                                        W. MARK NEBEKER, DC Bar #396739
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, DC  20530
                                        (202) 514-7230