# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FILED

SEP 5 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| RICKY RAUCH, SR. | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 05-1904 (RJL) |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 3rd day of September 2006, hereby

**ORDERED** that [#5] defendant's Motion to Transfer to the Eastern District of Louisiana is **GRANTED**; and it is further

**ORDERED** that the case be transferred to the Eastern District of Louisiana.

**SO ORDERED.**



RICHARD J. LEON
United States District Judge

